RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (85620)
RICHARD D. NORTH, Deputy City Attorney (225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE & OFFICER BRIAN PETTIS

ALLEN RUBY (47109)
Law Offices of Allen Ruby
125 South Market Street, Suite 1001
San José, California 95113-2285
Telephone Number: (408) 998-8500
Facsimile Number: (408) 998-8503

Attorney for JOHN BENSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN BENSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, a public entity, OFFICER BRIAN PETTIS, an individual, and DOES 1-100, inclusive,<br><br>  Defendants. | Case Number: C09-05772 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Arbitration          ☒ ENE          ☐ Mediation

1

STIP & [PROPOSED] ORDER SELECTING ADR PROCESS          Case No: C09-05772 JW

657427

1  The parties agree to hold the ADR session by:
2  ☒ the presumptive deadline (the deadline is 90 days from the date of the order
3  referring the case to an ADR process unless otherwise ordered.)
4  ☐ other requested deadline _____.

5
6                                             RICHARD DOYLE, City Attorney
7  Dated:   May 17, 2010                      By:  /s/ Richard North
                                                   RICHARD NORTH
8                                                  Deputy City Attorney
9                                             Attorneys for Defendants CITY OF SAN JOSE, et al.
10
11                                            LAW OFFICES OF ALLEN RUBY
12 Dated:   May 17, 2010                      By:  /s/ Allen Ruby
                                                   ALLEN RUBY
13
14                                            Attorney for Plaintiff JOHN BENSON

15                          **[P~~ROPOSED~~] ORDER**

16  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
17  ☐ Non-binding Arbitration
18  ☒ Early Neutral Evaluation (ENE)
19  ☐ Mediation
20  ☐ Private ADR
21  Deadline for ADR session:
22  ☒ 90 days from the date of this order
23  ☐ other
24  IT IS SO ORDERED.

25
26  Dated:   May 19, 2010                     _____
                                              HONORABLE JAMES WARE
27                                            UNITED STATES DISTRICT COURT
28

2

**STIP & [PROPOSED] ORDER SELECTING ADR PROCESS**        Case No: C09-05772 JW

657427