*E-FILED 10-07-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN BENSON,                                        No. C09-05772 HRL

        Plaintiff,

  v.                                                **ORDER GRANTING PLAINTIFF'S
REQUEST FOR TELEPHONIC
APPEARANCE**

CITY OF SAN JOSE, OFFICER BRIAN
PETTIS, and DOES 1-100,                            **[Re:  Docket No. 24]**

        Defendants.
_____/

      Plaintiff's request for leave to appear by telephone at the October 12, 2010 case

management conference is granted.  Plaintiff's counsel shall make necessary arrangements to

have CourtCall (866-582-6878) initiate the call to the court just prior to the time set for the

conference.

      SO ORDERED.

Dated:   October 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1   5:09-cv-05772-HRL Notice has been electronically mailed to:

2   Allen Ruby      ruby@allenrubylaw.com, bug@allenrubylaw.com

3   Richard D. North      cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

4   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California