**United States District Court**
For the Northern District of California

1

2                                                    ***E-FILED 04-01-2011***

3

4

5

6

7                              NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11   JOHN BENSON,                              No. C09-05772 HRL

12            Plaintiff,                       **ORDER VACATING PRETRIAL**
                                               **CONFERENCE AND TRIAL DATES**
13        v.

14   CITY OF SAN JOSE, OFFICER BRIAN
     PETTIS, and DOES 1-100,
15
              Defendants.
16   _____/

17        The April 19, 2011 pretrial conference and the trial scheduled to begin on April 26, 2011

18   are vacated and will be re-set, as may be appropriate, after defendants' summary judgment

19   motion is resolved.

20        SO ORDERED.

21   Dated:    April 1, 2011

22                                    _____
23                                    HOWARD R. LLOYD
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

5:09-cv-05772-HRL Notice has been electronically mailed to:

Allen Ruby     Allen.Ruby@Skadden.com, marilyn.garibaldi@skadden.com

Richard D. North     cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California