RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
RICHARD D. NORTH, Senior Deputy City Attorney (225617)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE and
OFFICER BRIAN PETTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY BENSON,<br><br>                Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, a public entity, OFFICER BRIAN PETTIS, an individual, and DOES 1-100, inclusive,<br><br>                Defendant(s). | Case Number: 5:09-CV-05772 HRL (NC)<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE FROM MARCH 31, 2015 TO APRIL 30, 2015 AT 9:30 A.M.** |

      **WHEREAS** pursuant to its February 10, 2015 Notice of Settlement Conference and Order [Dkt 65], this Court scheduled the above-captioned parties to attend a Settlement Conference on March 31, 2015 at 9:30 a.m.;

      **WHEREAS** defendant City of San Jose is closed for business on March 31, 2015 in recognition of Cesar Chavez Day;

      **WHEREAS** the above-captioned parties have met and conferred and have requested from the Court available dates for continuing the Settlement Conference;

      **WHEREAS** the above-captioned parties and the Court have all indicated availability

1

STIPULATION AND ~~PROPOSED~~ ORDER                                                                 5:09-CV-05772
CONTINUING SETTLEMENT CONFERENCE
FROM MARCH 31, 2015 TO APRIL 30, 2015 AT 9:30 A.M.                                          1184756

on April 30, 2015 at 9:30 a.m.;

**IT IS HEREBY STIPULATED** by and between the above-captioned parties by and through their respective counsel that good cause exists to continue the Settlement Conference currently scheduled for March 31, 2015 at 9:30 a.m. to April 30, 2015 at 9:30 a.m. in Courtroom 7, 4th Floor with Judge Nathanael Cousins.

Respectfully submitted,

Dated: March 10, 2015      RICHARD DOYLE, City Attorney

By: /S/ RICHARD D. NORTH
RICHARD D. NORTH
Senior Deputy City Attorney

Attorneys for CITY OF SAN JOSE and OFFICER BRIAN PETTIS

Dated: March 9, 2015       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /S/ ALLEN RUBY
Allen Ruby

Dated: March 2, 2015       FARELLA BRAUN + MARTEL LLP

By: /S/ CHANDRA A. RUSSELL
Chandra A. Russell

Attorneys for BETTY BENSON

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Settlement Conference is continued from March 31, 2015 to April 30, 2015 at 9:30 a.m.

_____
HONORABLE NATHANAEL COUSINS

GRANTED
Judge Nathanael M. Cousins

STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING SETTLEMENT CONFERENCE
FROM MARCH 31, 2015 TO APRIL 30, 2015 AT 9:30 A.M.

2

1184756